RECEIVED
IN LAKE CHARLES, LA

MAR 6 2013

TONY R. MOORE, CLERK
BY_____
DEPUTY

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

JIMMY BARTIE                         CIVIL ACTION NO. 2:11-cv-1002
#25942                               SECTION P

VS.                                  JUDGE PATRICIA MINALDI

STATE OF LOUISIANA, ET AL            MAGISTRATE JUDGE KATHLEEN KAY


## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the

Report and Recommendation [Doc. 10] of the Magistrate Judge previously filed herein, these

findings and conclusions are accepted.  Alternatively, this court concludes that the proposed

findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the plaintiff's civil rights complaint be **DISMISSED** in

accordance with the provisions of FRCP Rule 41(b) and LR 41.3.


Lake Charles, Louisiana, on this _____ day of _____, 2013.


_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE